198 So. 259

### SIMS v. STATE.
### 1 Div. 118.

Supreme Court of Alabama.
Oct. 17, 1940.

Sullivan, Holberg & Tully and Ralph G. Holberg, Jr., all of Mobile, for the motion.

Thos. S. Lawson, Atty. Gen., and John W. Vardaman, Asst. Atty. Gen., opposed.

BROWN, Justice.

The Court of Appeals finds as a fact from an examination of the record that the questions insisted upon by the petitioner were not properly presented by the record.

The writ of certiorari is therefore denied.

Judgment affirmed.

GARDNER, C. J., and THOMAS and KNIGHT, JJ., concur.